SALVATORE PIRO et al., Respondents, v JERZY MACURA, Appellant, et al., Defendant.

Submitted August 20, 2012; decided September 11, 2012

Motion by Physicians' Reciprocal Insurer et al., insofar as it seeks leave to file a brief amici curiae on the motion for leave to appeal herein, granted and the brief is accepted as filed; motion, insofar as it seeks leave to file a brief amici curiae on the appeal herein, dismissed as academic.

In the Matter of JOSE M. POULOSE, Appellant, v NIRAV R. SHAH, as Commissioner of Health, et al., Respondents.

Decided September 11, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of PETER PRINCIPE, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION, Appellant.

Submitted July 9, 2012; decided September 11, 2012

Motion to dismiss appeal denied.

In the Matter of STARLA D., Respondent, v JEREMY E., Appellant.

Submitted July 16, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.